| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510 523-4702    FAX No: 510 747-1640<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | **FILED**<br>AUG 1 2 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: United States of America
Defendant: Joe D. Hodge aka Joe Hodge

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-3373 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. Party served:        Joe D. Hodge aka Joe Hodge
   b. Person served:       Piotr Gardias

4. Address where the party was served:    San Jose University
   One Washington Square Bldg.
   Music Floor #1 - Rm #187
   San Jose, CA  95192

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 30, 2008 at: 12:28PM by leaving the copies with or in the presence of:
   Piotr Gardias
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jul. 30, 2008 from: San Francisco, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz                              d. **The Fee** for Service was:  $55.00
   b. **S&R Services**                          e. I am: (3) registered California process server
      182 Howard Street #131                         (i) Owner
      San Francisco, CA  94105                       (ii) Registration No.:  1160
   c. (877) 281-3563, FAX (877) 290-6425              (iii) County:  Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 31, 2008                              K. Vorsatz
                                                       (Kris Vorsatz)

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                              micos.5397

| Attorney or Party without Attorney: Law Offices Of: Michael Cosentino P.O. Box 129 Alameda, CA 94501 | | For Court Use Only |
|---|---|---|
| Telephone No: 510 523-4702   FAX: No: 510 747-1640 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT DISTRICT | | |
| Plaintiff: United States of America | | |
| Defendant: Joe D. Hodge aka Joe Hodge | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08-3373 |
|---|---|---|---|---|

1. I, Kris Vorsatz, and any employee or independent contractors retained by S&R Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Joe D. Hodge aka Joe Hodge as follows:

2. Documents:   SUMMONS (AND) COMPLAINT; ECF Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/28/08 | 1:46pm | Business | NOT IN. Attempt made by: Kris Vorsatz. Attempt at: San Jose University One Washington Square Bldg. Music Floor #1 - Rm #187 San Jose CA. 95192. |
| Tue | 07/29/08 | 9:57am | Business | NOT IN. Attempt made by: Kris Vorsatz. |
| Wed | 07/30/08 | 12:28pm | Business | Substituted Service on: Joe D. Hodge aka Joe Hodge Business - San Jose University One Washington Square Bldg. Music Floor #1 - Rm #187 San Jose, CA. 95192 by Serving: Piotr Gardias a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: Kris Vorsatz |
| Wed | 07/30/08 | 12:28pm | Business | NOT IN. Attempt made by: Kris Vorsatz. |
| Wed | 07/30/08 | | | Mailed copy of Documents to: Joe D. Hodge aka Joe Hodge |

3. Person Executing
   a. Kris Vorsatz
   b. S&R Services
      182 Howard Street #131
      San Francisco, CA 94105
   c. (877) 281-3563, FAX (877) 290-6425

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $55.00
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:   1160
   (iii) County:   Santa Clara

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_K. Vorsatz_

Date: Thu, Jul. 31, 2008     **AFFIDAVIT OF REASONABLE DILIGENCE**     (Kris Vorsatz)     micos.5397